# PENACHIO MALARA, LLP
## ATTORNEYS AT LAW
235 Main Street
White Plains, New York 10601

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal

*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 946-2882
www.pmlawllp.com

frank@pmlawllp.com
apenachio@pmlawllp.com
jraggo@pmlawllp.com

August 4, 2015

Electronically Filed

The Honorable James L. Garrity, Jr.
Attn: Tracey Mercado
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:  Darina A. Markyanova
     Chapter 13 Case No.: 15-10167 (JLG)

Dear Ms. Mercado:

I serve as counsel for Darina A. Markyanova, the above-referenced debtor. I am writing to confirm that all matters in the above-referenced case have been adjourned from August 6, 2015 to November 5, 2015 at 2:00 PM. I will file a status report on or before October 29, 2015.

Respectfully,

Anne Penachio

AP:jr

Cc:  Jody Kava, Esq. (By Portal Upload)